IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RALPH HARRISON BENNING, | * |
| Plaintiff, | * |
| v. | Case No. 5:19-cv-248-MTT |
| | * |
| GEORGIA DEPARTMENT OF CORRECTIONS et al., | * |
| Defendants. | * |

## J U D G M E N T

Pursuant to this Court's Order dated December 18, 2024, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 19th day of December, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk